NO. 07-12-0518-CV
 IN THE COURT OF APPEALS
 FOR THE SEVENTH DISTRICT OF TEXAS
 AT AMARILLO
 PANEL D
 DECEMBER 14, 2012 ____________________________
 DOUGLAS RUBINS,
 Appellant

 V.
 
 THE PEOPLE OF THE STATE OF TEXAS, ET AL.,
 
 Appellees
 ___________________________
 
 FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;
 NO. 100630-B; HON. JOHN B. BOARD, PRESIDING
 __________________________
 Order of Dismissal
 __________________________
Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
Appellant Douglas Rubins filed a notice of appeal on November 29, 2012, but failed to pay the $175 filing fee required under Texas Rule of Appellate Procedure 5. We informed appellant, by letter dated November 30, 2012, that the filing fee was outstanding and that the appeal would be dismissed unless it was paid by December 10, 2012. Tex. R. App. P. 42.3(c); see Holt v. F.F. Enterprises, 990 S.W.2d 756 (Tex. App. - Amarillo 1998, pet. ref'd). The fee has not been paid to date. Nor does the record show appellant to be indigent or having requested leave to proceed as an indigent.
Because appellant has failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 
 Per Curiam